## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**RICHARD TURRIETTA,**

        **Plaintiff,**

**v.**                            **CIV 09-1216 BB/LAM**

**RON TORRES, et al.,**

        **Defendants.**

## ORDER TO RESPOND TO DEFENDANTS' MOTION FOR DISCOVERY INFORMATION AND FOR TELEPHONIC CONFERENCE

**THIS MATTER** comes before the Court on Defendants' May 12, 2010 letter to the Court, which was filed on May 14, 2010 *(Doc. 29)*, and which the Court construes as a Motion for Discovery Information and for Telephonic Conference. In their letter, Defendants state that Plaintiff has failed to comply with the Court's deadlines set forth at the Rule 16 Scheduling Conference, held on April 23, 2010, to provide the following information: (1) Plaintiff's initial disclosures (which were due by April 30, 2010); (2) supplemental information regarding Plaintiff's witnesses, including contact information and a summary of the information each witness has with regard to this case, (which was due by May 10, 2010); and (3) clarification of his factual allegations including the date(s) the alleged incidents occurred (which was due by May 10, 2010). *Document* 29 at 1 (*see also* **Clerk's Minutes** *(Doc. 24)* at 2-3). Defendants also state that Plaintiff has failed to respond to them about his concurrence or opposition regarding Defendants' proposed motion and stipulated order to amend the case caption to reflect the correct spelling of Defendant Torres' name. *Document 29* at 2. Defendants ask the Court for a telephonic conference to address these matters.

1

   **IT IS HEREBY THEREFORE ORDERED** that Plaintiff shall file a response to Defendants' Motion for Discovery Information and for Telephonic Conference, responding to each issue raised by Defendants, no later than **Friday, May 28, 2010**.  By separate order, the Court will set a telephonic hearing to address these issues.

   **IT IS SO ORDERED.**


_Lourdes a. Martinez_

**HONORABLE LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**